**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 10-45739-PSH |
| | § | |
| ELOISA C. CRISOSTOMO | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATION FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David P. Leibowitz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 a.m. on 02/28/2012, in Courtroom 644, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  02/02/2012        By:  /s/ David P. Leibowitz
                                          (Trustee)

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

**UST-Form 101-7-NFR (5/1/2011)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 10-45739-PSH |
| | § | |
| ELOISA C. CRISOSTOMO | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of*     $3,386.09
*and approved disbursements of*     $763.38
*leaving a balance on hand of[1]:*     $2,622.71

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors:     $0.00
Remaining balance:     $2,622.71

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| David P. Leibowitz, Trustee Fees | $660.99 | $0.00 | $660.99 |
| David P. Leibowitz, Trustee Expenses | $10.16 | $0.00 | $10.16 |

Total to be paid for chapter 7 administrative expenses:     $671.15
Remaining balance:     $1,951.56

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses:     $0.00

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST-Form 101-7-NFR (5/1/2011)**

|   |   |
|---|---:|
| Remaining balance: | $1,951.56 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

|   |   |
|---|---:|
| Total to be paid to priority claims: | $0.00 |
| Remaining balance: | $1,951.56 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $9,519.88 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 20.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---:|---|---:|---:|---:|
| 1 | Chase Bank USA, N.A. | $697.12 | $0.00 | $142.91 |
| 2 | Jefferson Capital Systems LLC purchased From ASPIRE VISA | $1,285.47 | $0.00 | $263.52 |
| 3 | Capital One Bank (USA), N.A. | $2,092.04 | $0.00 | $428.86 |
| 4 | PYOD LLC its successors and assigns as assignee of Citibank, NA | $5,445.25 | $0.00 | $1,116.27 |

|   |   |
|---|---:|
| Total to be paid to timely general unsecured claims: | $1,951.56 |
| Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

**UST-Form 101-7-NFR (5/1/2011)**

| | |
|---|---|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By: /s/ David P. Leibowitz
Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST-Form 101-7-NFR (5/1/2011)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 10-45739-PSH
Eloisa C. Crisostomo                                                Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1    User: pgordon    Page 1 of 2    Date Rcvd: Feb 03, 2012
                                Form ID: pdf006    Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 05, 2012.
```
db          +Eloisa C. Crisostomo,    4950 N. Marine Dr. #302,    Chicago, IL 60640-3910
16267966     Allianz Life Ins. Co.- Unsecured,    P.O. Box 59060,    Minneapolis, MN 55459-0060
16267965    +Blitt & Gaines, P.C.- Unsecured,    661 Glenn Ave.,    Wheeling, IL 60090-6017
16267963    +Brown, Udell, Pomerantz & Delraim- Unsecured,    1332 N. Halsted St., Ste. 100,
              Chicago, IL 60642-2637
16678871     Capital One Bank (USA), N.A.,    by American Infosource Lp As Agent,    PO Box 71083,
              Charlotte, NC 28272-1083
16267967     Capital One Bank, N.A.- Unsecured,    P.O. Box 6492,    Carol Stream, IL 60197-6492
16649629     Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
16267957     Chase Cardmember Service- Unsecured,    P.O. Box 15325,    Wilmington, DE 19886-5325
16267961     Chase Cards- Unsecured,    P.O. Box 15298,    Wilmington, DE 19850-5298
16267956    +Chase- Secured,    P.O. Box 78420,    Phoenix, AZ 85062-8420
16267964    +Citi- Unsecured,    P.O. Box 91778,    Alburquerque, NM 87199-1778
16267958     Citicard- Unsecured,    Box 6000,    The Lakes, NV 89163-6000
16267962    +DAGS DesPlaines, LLC- Unsecured,    626 W. Randolph St.,    Chicago, IL 60661-2207
16267953    +Debtor:    Eloisa C. Crisostomo,    Address:    4950 N. Marine Dr. #302,    Chicago, IL 60640-3910
16267960     Emerge Card- Unsecured,    P.O. Box 105555,    Atlanta, GA 30348-5555
16267959     HSBC Card Services- Unsecured,    P.O. Box 17051,    Baltimore, MD 21297-1051
16653537    +Jefferson Capital Systems LLC,    Purchased From ASPIRE VISA,    PO BOX 7999,
              SAINT CLOUD MN 56302-7999,    Orig By: 1ST N AMER NATL BANK VISA
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
16267954    +E-mail/Text: sebgado@gmail.com Feb 04 2012 03:23:00     Attorney: Steven E. Barleben,
              Address:    3830 N. Ashland Ave.,    Chicago, IL 60613-2708
16986256    +E-mail/Text: resurgentbknotifications@resurgent.com Feb 04 2012 03:20:11
              PYOD LLC its successors and assigns as assignee of,    Citibank, NA,
              c/o Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
                                                                                             TOTAL: 2
```
```
          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
16267952     Creditor Matrix
16267955     Creditors:
                                                                                   TOTALS: 2, * 0, ## 0
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 05, 2012**                    **Signature:** _Joseph Speetjens_

```
District/off: 0752-1           User: pgordon              Page 2 of 2                   Date Rcvd: Feb 03, 2012
                               Form ID: pdf006            Total Noticed: 19
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 2, 2012 at the address(es) listed below:
    David P Leibowitz  dleibowitz@lakelaw.com,
     il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
    Lydia Y Siu  on behalf of Creditor  Chase Home Finance, LLC lsiu@atty-pierce.com,
     northerndistrict@atty-pierce.com
    Patrick S Layng  USTPRegion11.ES.ECF@usdoj.gov
    Steven E Barleben  on behalf of Debtor Eloisa Crisostomo sbarleben@msn.com
                                        TOTAL: 4